MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

RANDY S. LUSKEY (CABN 240915)
Assistant United States Attorney

    450 Golden Gate Ave., Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7200
    Fax: (415) 436-7234
    E-Mail: randall.luskey@usdoj.gov

Attorneys for the United States

UNITED STATES MAGISTRATE COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 4-11-71409 MAG |
| Plaintiff, | ORDER AND STIPULATION FOR CONTINUANCE FROM MAY 21, 2012 |
| v. | TO AUGUST 24, 2012 AND EXCLUDING TIME FROM THE SPEEDY TRIAL ACT |
| SALENA MARIE SILVA, | CALCULATION (18 U.S.C. § 3161(h)(8)(A)) AND WAIVING TIME |
| Defendant. | LIMITS UNDER RULE 5.1 |

The parties appeared before Magistrate Judge Donna M. Ryu on March 12, 2012 and set a preliminary hearing date of May 21, 2012. The parties now believe it is in their best interests to postpone the preliminary hearing date to August 24, 2012. With the agreement of the parties, and with the consent of the defendant, the Court enters this order scheduling an arraignment or preliminary hearing date of August 24, 2012 at 9:30 a.m. before the duty magistrate judge, and documenting the defendant's waiver of the preliminary hearing date under Federal Rule of Criminal Procedure 5.1 and the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(b), from May 21, 2012 to August 24, 2012. The parties agree, and the Court finds and holds, as follows:

    1. The defendant has been released on a bond.

2. The defendant agrees to an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(B)(iv) to provide reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

3. The defendant waives the time limits of Federal Rule of Criminal Procedure 5.1 for preliminary hearing.

4. Counsel for the defense believes that postponing the preliminary hearing is in her client's best interest, and that it is not in his client's interest for the United States to indict the case during the normal timeline established in Rule 5.1.

5. The Court finds that, taking into the account the public interest in the prompt disposition of criminal cases, these grounds are good cause for extending the time limits for a preliminary hearing under Federal Rule of Criminal Procedure 5.1. Given these circumstances, the Court finds that the ends of justice served by excluding the period from May 21, 2012 to August 24, 2012, outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

6. Accordingly, and with the consent of the defendant, the Court (1) sets a preliminary hearing date before the duty magistrate judge on August 24, 2012 at 9:30 a.m., and (2) orders that the period from May 21, 2012 to August 24, 2012, be excluded from the time period for preliminary hearings under Federal Rule of Criminal Procedure 5.1 and from Speedy Trial Act

//
//
//
//
//
//
//
//
//
//

calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

IT IS SO STIPULATED:

DATED: May 18, 2012 _____/s/_____
JOYCE LEAVITT
Attorney for Defendant


DATED: May 18, 2012 _____/s/_____
RANDY S. LUSKEY
Assistant United States Attorney


IT IS SO ORDERED.

DATED:  5/18/2012  
_____
HON. DONNA M. RYU
United States Magistrate Judge